IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Pate, John W | Case Number: 07 B 03851 |
| | Judge: Wedoff, Eugene R |
| Printed: 2/12/08 | Filed: 3/5/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 27, 2007
Confirmed: May 17, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 209.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 197.72 |
| Trustee Fee: | | 11.28 |
| Other Funds: | | 0.00 |
| Totals: | 209.00 | 209.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,424.00 | 197.72 |
| 2. | Peoples Energy Corp | Unsecured | 43.79 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 20.68 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 140.00 | 0.00 |
| 5. | Lincoln Tech | Unsecured | 123.68 | 0.00 |
| 6. | Jefferson Capital | Unsecured | 31.44 | 0.00 |
| 7. | Educational Credit Management Corp | Unsecured | 2,244.10 | 0.00 |
| 8. | Chase | Unsecured | | No Claim Filed |
| 9. | Credit Protection Association | Unsecured | | No Claim Filed |
| 10. | Diversified Adjustment Service | Unsecured | | No Claim Filed |
| 11. | First Premier | Unsecured | | No Claim Filed |
| 12. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 13. | Pentagroup Financial, LLC | Unsecured | | No Claim Filed |
| 14. | HSBC Auto Finance | Unsecured | | No Claim Filed |
| 15. | GC Services | Unsecured | | No Claim Filed |
| | | | $ 5,027.69 | $ 197.72 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 11.28 |
| | $ 11.28 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Pate, John W

Printed:  2/12/08

Case Number:  07 B 03851
Judge:  Wedoff, Eugene R
Filed:  3/5/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

